## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


ALLAN R. LOONEY and PATRICIA LOONEY                          PLAINTIFFS


vs.                          CASE NO.  4:08cv01847 JMM


JASON D. McCALL and HALLIBURTON ENERGY SERVICES, INC.      DEFENDANTS


### ORDER OF DISMISSAL

Based on the joint status report (DE #20), the Court finds that this case should be dismissed.  The jury trial scheduled January 19, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice.

If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 1st day of December, 2009.


_____
UNITED STATES DISTRICT JUDGE